*Danielle S. v Larry R.S.*, 41 AD3d 1188 [2007]). Family Court's assessment of the credibility of the witnesses is entitled to great weight, and the court was entitled to credit the testimony of the wife over that of the husband (*see Danielle S.*, 41 AD3d at 1189; *Matter of Arlene E. v Ralph E.*, 17 AD3d 1104 [2005]). Present—Scudder, P.J., Centra, Fahey, Carni and Pine, JJ.

KENNETH POKORSKI et al., Appellants, v GANNETT CO., INC., et al., Respondents. (Appeal No. 1.) [890 NYS2d 852]—

Present—Scudder, P.J., Centra, Fahey, Carni and Pine, JJ.

KENNETH POKORSKI et al., Appellants-Respondents, v GANNETT CO., INC., et al., Respondents-Appellants, and MARIA SISTI et al., Respondents. (Appeal No. 2.) [890 NYS2d 853]—

Present—Scudder, P.J., Centra, Fahey, Carni and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS J. DRAKE, JR., Appellant. [890 NYS2d 854]—

Memorandum: Defendant appeals from a judgment convicting him upon a jury verdict of one count of assault in the second